IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:12-cv-00462-MOC-DSC

| | |
|---|---|
| JOHN TOTURA and JACQUELINE TOTURA, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, LP; BALBOA INSURANCE COMPANY; and QBE AMERICAS, INC., individually and as successor in interest to BALBOA INSURANCE COMPANY,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of Brian LaMacchia, Matthew Lindenbaum, David Permut and Brian Sullivan]" (documents ##24-27). For the reasons stated therein, the Motions shall be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.       Signed: October 11, 2012

_____
David S. Cayer
United States Magistrate Judge