UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:12-cv-00462-MOC-DSC

| | |
|---|---|
| JOHN TOTURA and JACQUELYN TOTURA, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, LP; BALBOA INSURANCE COMPANY; and QBE AMERICAS, INC., individually and as successor in interest to BALBOA INSURANCE COMPANY,<br><br>Defendants. | |

## NOTICE OF DISMISSAL

PLAINTIFFS John Totura and Jacquelyn Totura hereby give notice of the dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), and ask the Court to enter an Order dismissing this case.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order dismissing this case without prejudice and for all other just and proper relief to which they are entitled.

Dated: November 9, 2012

    Respectfully Submitted,

    */s/ Sam McGee*
    Sam McGee. NC State Bar No. 25343
    Gary W. Jackson, NC State Bar No. 13976
    **JACKSON & MCGEE, LLP**
    225 E. Worthington Ave., Suite 200
    Charlotte, NC 28203
    Phone: (704) 337-6680
    Facsimile: (704) 337-6690
    smcgee@ncadvocates.com
    gjackson@ncadvocates.com

1

Steven A. Owings (pro hac vice anticipated)
Alexander P. Owings (pro hac vice anticipated)
**OWINGS LAW FIRM**
1400 Brookwood Drive
Little Rock, AR 72202
Telephone: (501) 661-9999
Facsimile: (501) 661-8393
sowings@owingslawfirm.com
apowings@owingslawfirm.com
Brent Walker (pro hac vice anticipated)
Russell D. Carter, III (pro hac vice anticipated)

**CARTER WALKER PLLC**
2171 West Main, Suite 200
P.O. Box 628
Cabot, AR 72023
Telephone: (501) 605-1346
Facsimile: (501) 605-1348
bwalker@carterwalkerlaw.com
dcarter@carterwalkerlaw.com

Jack Wagoner, III (pro hac vice anticipated)
**WAGONER LAW FIRM, P.A.**
1320 Brookwood, Suite E
Little Rock, AR 72202
Telephone: (501) 663-5225
Facsimile: (501) 660-4030
jack@wagonerlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties in this case:

Bradley R. Kutrow, NC Bar No. 13851
Brian A. Kahn, NC Bar No. 29291
Steven N. Baker, NC Bar No. 36607
McGuireWoods, LLP
201 North Tryon Street
Charlotte, North Carolina 28202
Phone: (704) 343-2000
Fax: (919) 343-2300
bkutrow@mcguirewoods.com
bkahn@mcguirewoods.com
sbaker@mcguirewoods.com

David L. Permut (pro hac vice)
901 New York Avenue NW
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
dpermut@goodwinprocter.com

Matthew G. Lindenbaum (pro hac vice)
Brian M. LaMacchia (pro hac vice)
Brian J. Sullivan (pro hac vice)
Goodwin Procter LLP
53 State Street
Boston, Massachusetts 02109
Phone: (617) 570-1000
Fax: (617) 523-1231
mlindenbaum@goodwinproctor.com
bsullivan@goodwinprocter.com

*Attorneys for Defendant Bank of America, N.A., individually and as successor by Merger to BAC Home Loans Servicing, LP*

Robert E. Harrington
Robert E. Harrington, NC Bar No. 26967
Nathan C. Chase, Jr., NC Bar No. 39314
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 900
Charlotte, NC 28246
Telephone: (704) 377-2536

Fax: (704) 378-4000
rharrington@rbh.com
nchase@rbh.com

Matthew P. Previn (pro hac vice)
BuckleySandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Telephone: (212) 600-2310
Fax: (212) 600-2405
mprevin@buckleysandler.com

Robyn C. Quattrone (pro hac vice)
Stephen M. LeBlanc (pro hac vice)
Katherine Halliday (pro hac vice)
BuckleySandler LP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
Telephone: (202) 349-8000
Fax: (202) 8080
rquattrone@buckleysandler.com
sleblanc@buckleysandler.com
khalliday@buckleysandler.com

*Counsel for Balboa Insurance Company and QBE Americas, Inc.*

This the 9th day of November, 2012.

                                       */s/ Sam McGee*_____
                                       Sam McGee